# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0389

_____

JIMMIE LOWVONZER TYSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Union County.
James M. Colaw, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan McFarland of Kent & McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.